UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | Case No. C18-1201RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES |

This matter having come before the Court on Defendants' unopposed Motion for Extension of Deadlines, Dkt. #11, and for good cause shown, the Defendants' motion is GRANTED. The Court hereby finds and ORDERS the following deadlines extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 10/29/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 11/5/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) | 11/13/2018. |

ORDER GRANTING MOTION FOR RELIEF
FROM EXPERT DISCLOSURE DEADLINE - 1

DATED this 18 day of September, 2018.

_RICARDO S. MARTINEZ_
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR RELIEF
FROM EXPERT DISCLOSURE DEADLINE - 2