# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLGICAL DIVERSITY, | Case No. C18-1201RSM |
| Plaintiff, | ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF DEADLINES |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| Defendants. | |

This matter having come before the Court on Defendants' unopposed Motion for Extension of Deadlines, Dkt. #15, and for good cause shown, the Defendants' motion is GRANTED. The Court hereby finds and ORDERS the following deadline extended as follows:

Combined Joint Status Report and Discovery Plan
as Required by FRCP 26(f)                        1/9/2019

DATED this 6 day of November, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF DEADLINES - 1