# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLGICAL DIVERSITY,<br><br>      Plaintiff,<br><br>      v.<br><br>NATIONAL MARINE FISHERIES SERVICE; BARRY THOM, Regional Administrator of National Marine Fisheries Service West Coast Region; WILBUR ROSS, in his official capacity as Secretary of the United States Department of Commerce,<br><br>      Defendants. | CASE NO. C18-1201 RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR THE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN REQUIRED UNDER 26(f)** |

This matter having come before the Court on the Federal Defendants' Unopposed Motion to Extend the Deadline for the Combined Joint Status Report and Discovery Plan Required Under 26(F), and for good cause shown, the Federal Defendants' motion is GRANTED.

The deadline for the combined joint status report and discovery plan required under 26(f) is hereby extended to April 12, 2019.

DATED this 21st day of March 2019.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE